125 F. 1004

**MOORE et al. v. DALTON et al.**

No. 1,009.

Circuit Court of Appeals, Ninth Circuit.

Oct. 28, 1903.

Lorenzo S. B. Sawyer, for defendants in error.

Upon motion of Mr. Sawyer, cause docketed on certificate of the clerk of the District Court, under rule 16, and dismissed.

125 F. 1004

**MOORE et al. v. DALTON et al.**

No. 1,009.

Circuit Court of Appeals, Ninth Circuit.

Nov. 9, 1903.

Charles B. Marks, for plaintiffs in error.

L. S. B. Sawyer, for defendants in error.

Motion to vacate judgment dismissing writ of error and to recall mandate denied.

125 F. 1003

**JORGENSEN v. YOUNG et al.**

No. 972.

Circuit Court of Appeals, Ninth Circuit.

Nov. 6, 1903.